Barry R. Fischer (BF0274)
FISCHER & MANDELL LLP
550 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 840-9300

Attorneys for Defendants
*Safra National Bank of New York*
*Banco Safra, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANTON STERLING SCHULTZ

                Plaintiff,

vs.

SAFRA NATIONAL BANK OF NEW YORK,
and BANCO SAFRA, S.A.

                Defendants.

Docket No.
08 CV 02371 (RMB)

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of defendants' Removal Papers was served by certified mail, return receipt requested, upon Stanton Sterling Schultz, appearing *pro se*, addressed to 400 S. Race St., Denver, Colorado 80209 on the 7th day of March, 2008.

                                                      _____
                                                          Barry R. Fischer

Dated: March 10, 2008