## CERTIFICATE OF SERVICE

I certify that on July 11, 2008, I served a copy of *Defendant's Memorandum In Opposition To Plaintiff's Motion For Reconsideration To Remand Case Back To New York State Supreme Court Based Upon Joinder Of Additional Defendants* by regular U.S. mail, postage prepaid, on the following person:

Stanton Sterling Schultz
400 S. Race St.
Denver, CO 80209

_____
Barry R. Fischer