# FISCHER & MANDELL LLP
### ATTORNEYS AND COUNSELORS AT LAW

550 Fifth Avenue - 6th Floor
New York, New York 10036-5007
Tel.: (212) 840-9300
Fax.: (212) 840-9323
www.fmlaw-us.com

BARRY R. FISCHER
ADMITTED IN NEW YORK AND FLORIDA
BFISCHER@FMLAW-US.COM



*Memo Endorsed: The conference is proceeding as scheduled on 7/30/08.*
*SO ORDERED: Date: 7/24/08  Richard M. Berman, U.S.D.J.*

July 23, 2008

By Hand
Hon. Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

     *Re: Schultz v. Safra National Bank of New York*
     *and Banco Safra, S.A.- 08 cv 02371 (RMB)*

Dear Judge Berman:

    We represent defendants Safra National Bank of New York and Banco Safra, S.A. in the above-referenced matter.

    The parties are scheduled to appear at a status/settlement conference before Your Honor on July 30, 2008. We are prepared to submit a motion to dismiss as to Banco Safra, S.A., the sole remaining defendant, and request that this conference go forward as scheduled and also serve as a pre-motion conference.

    Plaintiff recently sent a letter to Your Honor requesting that this conference be postponed so that plaintiff may conduct discovery. Plaintiff's request should be denied because this action is dismissed as to Safra National Bank of New York and should be dismissed as to Banco Safra, S.A., which should act to stay discovery until the motion is decided.

                                        Respectfully,

                                        Barry R. Fischer

cc: Mr. Stanton Sterling Schultz -- U.S. mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2008