## CERTIFICATE OF SERVICE

I certify that on July 29, 2008, I served a copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Application for the Court to Appoint *Pro Bono* Counsel and to Plaintiff's Request to Proceed *In Forma Pauperis* by e-mail and U.S. mail, postage prepaid, on the following person:

Stanton Sterling Schultz
400 S. Race St.
Denver, CO 80209
E-mail: schultz_stanton@yahoo.com

_____
Barry R. Fischer