## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of Defendant's Motion to Dismiss was served by U.S. mail upon Stanton Sterling Schultz, appearing *pro se*, addressed to 400 S. Race St., Denver, Colorado 80209 on the 31st day of July, 2008.

Barry R. Fischer