UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stanton Sterling Schultz

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Banco Safra S.A / Safra National Bank of New York (Safra Group)

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/08

08 Civ. 02371 (RMB) ( )

NOTICE OF MOTION FOR GRANTING STAY OF PROCEEDINGS PENDING OUTCOME OF INTERLOCUTORY APPEAL and FULL RESOLUTION OF DISCOVERY ISSUES.

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Stanton Sterling Schultz,
*(name)*
affirmed on August 13, 2008, and upon the exhibits attached thereto *(delete if no exhibits)*,

and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*
Judge R. M. Berman, United States (District)/Magistrate Judge, for an order
*(Judge's name)*                                              *(circle one)*
pursuant to Rule 1292.26 of the Federal Rules of Civil Procedure, granting *(state what you want the Judge to order)*: Stay of Proceedings Pending Outcome of Interlocutory Appeal and Full Resolution of Discovery Issues, including pending issue of USA Resident Visa Status of sole-owner and CEO of defendants cited in original Summons + Complaint, which was properly served at their publicaly informed address in New York City.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
*(city)          (state)*

August 13, 2008
*(month)  (day)  (year)*

Signature: Stanton Schultz
Address: 900 S. Race St.
         Denver, CO 80209
Telephone Number: 303-744-1106
Fax Number *(if you have one)*

Motion [#39] denied without prejudice as not in accordance with the Court's rules.

SO ORDERED:
Date: 8/18/08
Richard M. Berman, U.S.D.J.

**MEMO ENDORSED**

*Rev. 05/2007*