**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
STANTON STERLING SCHULTZ                    :

                Plaintiff,    :    **ORDER OF REFERENCE TO**
                                  :    **A MAGISTRATE JUDGE**

      -against-                          :

SAFRA NATIONAL BANK OF NEW YORK, and :    08 **CIVIL** 2371 (RMB) (FM)
BANCO SAFRA, S.A.                          :

               Defendants.      :
------------------------------------------------------------x

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ | Inquest After Default/Damages Hearing | | |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       August 21, 2008



_____
**RICHARD M. BERMAN, U.S.D.J.**