# FISCHER & MANDELL LLP
## ATTORNEYS AND COUNSELORS AT LAW

550 FIFTH AVENUE – 6TH FLOOR
NEW YORK, NEW YORK 10036-5007
TEL.: (212) 840-9300
FAX: (212) 840-9323
www.fmlaw-us.com

BARRY R. FISCHER
ADMITTED IN NEW YORK AND FLORIDA
BFISCHER@FMLAW-US.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

MEMO ENDORSED

August 29, 2008

**By Fax**
Ms. Richalyn Chambers
Courtroom Deputy, Honorable Frank Maas
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*Re: Schultz v. Safra National Bank of New York
and Banco Safra, S.A.- 08 cv 02371 (RMB)*

Dear Ms. Chambers:

We represent defendants Safra National Bank of New York ("SNB") and Banco Safra, S.A. in the above-referenced matter.

We have received your letter regarding the September 17th telephone conference. Unfortunately, I will be in Federal Court in Chicago on that date and will be unavailable to participate in the conference at the scheduled time.

We respectfully request that the conference be rescheduled to the next day, September 18th, at 10:00am, or as soon thereafter as is convenient to the Court.

Respectfully,

Barry R. Fischer

*[Handwritten endorsement:] Approved. I assume the new date meets with Mr. Schultz's approval. If not, counsel should place a conference call to my Chambers to reschedule. FMaas, USMJ, 9/2/08*

cc: Mr. Stanton Schultz – by e-mail (schultz_stanton@yahoo.com)